Robert B. Katz, State Bar No. 7768
**The Law Offices of**
**Robert B. Katz & Associates**
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
Tel: (702) 435-5916; Fax (702) 435-7456
rob@robkatzlaw.com

Attorneys for Defendant, Danny Nixon Hunt

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CHIANG, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>DOROTHY LOUISE CARR, an individual; DANNY NIXON HUNT, an individual; GEICO CASUALTY COMPANY, a corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 2:21-CV00186<br>Dept. No.: 26 |

## STIPULATION AND ORDER TO DISMISS DEFENDANT DANNY NIXON HUNT, WITH PREJUDICE

COMES NOW, Plaintiff, MICHAEL CHIANG, by and through her attorneys, Marc C. Naron, Esq., of the D.R. PATTI & ASSOCIATES law firm, and Defendant, DANNY NIXON HUNT, by and through his attorney of record, Robert B. Katz, Esq., of THE LAW OFFICES OF ROBERT B. KATZ & ASSOCIATES, and hereby agree to stipulate to dismiss Defendant, DANNY NIXON HUNT, with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

-1-

1  This Stipulation is entered into in good faith, in the interests of judicial economy and not for the
2  purposes of delay.

3  DATED:                                              D.R. PATTI & ASSOCIATES

                                                       */s/ Marc C. Naron*

                                                       Marc C. Naron, Esq., SBN 11665
                                                       720 S. Seventh Street, Third Floor
                                                       Las Vegas, NV 89101
                                                       Attorneys for Plaintiff

   DATED: 6/4/21                                       THE LAW OFFICES OF
                                                       ROBERT B. KATZ & ASSOCIATES

                                                       */s/ Robert B. Katz*

                                                       Robert B. Katz, Esq.
                                                       Nevada Bar No.: 007768
                                                       The Law Offices of
                                                       Robert B. Katz & Associates
                                                       2300 W. Sahara Avenue, Suite 800
                                                       Las Vegas, NV 89102
                                                       Attorney for Defendant,
                                                       Danny Nixon Hunt

The Law Offices of Robert B. Katz & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
(702) 435-5916 • (702) 435-7456

-2-

*Chiang v. Carr, et al.*
Case No.: 2:21-CV00186

### ORDER

The parties have stipulated and agreed to the dismissal of the action, with prejudice, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be dismissed, with prejudice, each party to bear their own respective attorney's fees and costs herein.

Dated June 9, 2021.

_____
US DISTRICT COURT JUDGE

Submitted by:

THE LAW OFFICES OF
ROBERT B. KATZ & ASSOCIATES

_____
ROBERT B. KATZ, ESQ.
Nevada Bar No.: 007768
The Law Offices of Robert B. Katz
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
*Attorney for Defendants,*
*Ashley DiToto and Dennis DiToto*

The Law Offices of
Robert B. Katz & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
(702) 435-5916 • (702) 435-7456

## CERTIFICATE OF SERVICE
### Chiang v. Carr, et al.
### 2:21-CV00186

I certify that I am an employee of The Law Offices of Robert B. Katz & Associates, that I am over the age of 18 and not a party to the above-referenced case, and that on June 1, 2021 6/5/21, I caused to be served a true and correct copy of the **STIPULATION AND ORDER TO DISMISS DEFENDANT DANNY NIXON HUNT, WITH PREJUDICE** on the following individuals as indicated:

[X]   **BY NOTICE OF E-FILING/ SERVICE** to the individuals and/or entities as listed on the E-Service Master List maintained through the Electronic Case Filing System for the Eighth Judicial District Court, Clark County, State of Nevada, for the above referenced matter. The date and time of the electronic service is in place of the date and location of deposit in the mail.

[ ]   **BY NOTICE OF E-MAIL SERVICE** By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address pclipsham@robkatzlaw.com at approximately _____. To my knowledge, the transmission was reported as complete and without error. Service by email was made [ ] pursuant to agreement of the parties, confirmed in writing, or [ ] as an additional method of service as a courtesy to the parties, or [ ] pursuant to Court Order.

[ ]   **BY NOTICE OF FACSIMILE TRANSMISSION** By transmitting the documents(s) listed above from fax number **(818) 716-6166**, on _____ at approximately _____.m. I personally sent a true copy to the person(s), counsel or interested party, authorized to accept service as set forth below at fax number **[SEE SERVICE LIST]**. The transmission was reported as complete and without error. A transmission verification report was properly issued by the transmitting facsimile machine, stating the number of pages transmitted, the time and date of such transmission, and any indication of errors in the transmission

[ ]   **NOTICE VIA U. S. MAIL**: Pursuant to NRCP 5(b), I deposited for mailing in the U. S. Mail a true and correct copy of the above named document, postage prepaid and addressed as follows.

[ ]   **BY PERSONAL DELIVERY:** I caused to be personally delivered a true copy in a sealed envelope addressed as indicated below.   **[AFFIDAVITS OF PERSONAL SERVICE TO BE SUBMITTED FOR FILING SUBSEQUENTLY]**

### SERVICE LIST

| | |
|---|---|
| Marc C. Naron, Esq.<br>D.R. PATTI & ASSOCIATES<br>720 S. Seventh Street, 3rd Floor<br>Las Vegas, NV 89101 | **Attorneys for Plaintiff** |
| Jonathan W. Carlson, Esq.<br>McCormick, Barstow, Sheppard, Wayte & Carruth<br>8337 W. Sunset Road, Ste. 350<br>Las Vegas, NV 89113 | **Attorneys for Geico General Insurance Company erroneously sued and served herein as Geico Casulty Company** |
| Bradley T. Wibicki, Esq.<br>WILEY PETERSEN<br>1050 Indigo Dr., Suite 200B<br>Las Vegas, NV 89145 | **Attorneys for Defendant, Dorothy Louise Carr** |

_/s/ *Robert B. Katz*_____
Robert B. Katz
Employee of The Law Offices of
Robert B. Katz & Associates

-4-