McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE
COMPANY erroneously sued and served herein
as GEICO CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHIANG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOROTHY LOUISE CARR, an individual; DANNY NIXON HUNT, an individual; GEICO CASUALTY COMPANY, a corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00186-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF GEICO, ONLY** |

    IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that GEICO General Insurance Company, erroneously sued and served herein as GEICO Casualty Company, only, be dismissed with prejudice from the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-00186-JCM-EJY
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF GEICO, ONLY

1  Each party will bear their own costs and attorneys' fees.

2  DATED this ___ day of _____, 2021

3                                          D.R. PATTI & ASSOCIATES

4                                          By _____

5                                              Marc C. Naron, Nevada Bar No. 11665
                                            720 S. Seventh Street, Third Floor

6                                              Las Vegas, Nevada 89101
                                            Tel. (702) 331-3391

7

8                                              Attorneys for Plaintiff

9  DATED this 8th day of June, 2021

10                                          McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

11

12                                          By _____
                                            Wade M. Hansard, Nevada Bar No. 8104

13                                              Jonathan W. Carlson, Nevada Bar No. 10536
                                            8337 West Sunset Road, Suite 350

14                                              Las Vegas, Nevada 89113
                                            Tel. (702) 949-1100

15

16                                              Attorneys for GEICO General Insurance Company

17  DATED this 8th day of June, 2021

18                                              WILEY PETERSEN

19                                          By    /s/ *Bradley T. Wibicki*
                                            Bradley T. Wibicki, Nevada Bar No.11321

20                                              1050 Indigo Dr., Suite 200B

21                                              Las Vegas, Nevada 89145
                                            Tel. (702) 910-3329

22

23                                              Attorneys for Dorothy Louise Carr

///
///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                             Case No. 2:21-cv-00186-JCM-EJY
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF GEICO, ONLY

DATED this 8th day of June, 2021

        THE LAW OFFICES OF ROBERT B. KATZ & ASSOCIATES

        By      /s/ *Robert B. Katz*
        Robert B. Katz, Nevada Bar No. 7768
        2300 W. Sahara Avenue, Suite 800
        Las Vegas, NV 89102
        Tel. (702) 435-5916

        Attorneys for Danny Nixon Hunt

### **ORDER**

IT IS SO ORDERED.

DATED June 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

7658758.1