BRADLEY T. WIBICKI,. ESQ.
Nevada Bar No. 11321
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
bwibicki@wileypetersenlaw.com

*Attorneys for Defendant*
DOROTHY LOUISE CARR

### IN THE UNITED STATES DISCTRICT COURT

### FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CHIANG, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHY LOUISE CARR, an individual;<br>DANNY NIXON HUNT, an individual;<br>GEICO CASUALTY COMPANY, a<br>corporation; DOES I-X; and ROE<br>CORPORATIONSI I-X, inclusive,<br><br>    Defendants, | CASE NO: 2:21-cv00186<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, Defendant DOROTHY CARR, by and through her counsel of record, WILEY PETERSEN; and Plaintiff, MICHAEL CHIANG, by and through his counsel of record, D.R. PATTI & ASSOCIATES that this matter shall be dismissed with prejudice, in its entirety, with each party to bear their own fees and costs.

///

///

///

///

///

Dated: 14 of June, 2021.                    Dated: 16 of June, 2021.

**D.R. PATTI & ASSOCIATES**                 **WILEY PETERSEN**

_____                     _____
MARC C. NARON, ESQ., SBN 11665              BRADLEY T. WIBICKI, ESQ.
720 S. Seventh Street, Third Floor          Nevada Bar No. 11321
Las Vegas, Nevada 89101                     1050 Indigo Dr., Suite 200B
*Attorney for Plaintiff*                     Las Vegas, NV 89145
                                            *Attorney for Defendant, Dorothy Carr*

### ORDER

Upon Stipulation of the Parties, and Good Cause Appearing Therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced

matter be dismissed, with prejudice, each party to bear their own fees and costs.

DATED June 23, 2021.

_____
**US DISTRICT COURT JUDGE**
(Case No.: 2:21-CV00186)

Respectfully submitted by:

**WILEY PETERSEN**

By:_____
BRADLEY T. WIBICKI, ESQ.
Nevada Bar No. 11321
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145
*Attorney for Defendant, Dorothy Carr*